| United States Bankruptcy Court<br>Eastern District of Virginia | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Deuce Construction Company, Inc.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all): **05-0585300** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all): |
| Street Address of Debtor (No. & Street, City, State & Zip Code):<br>**114 East Randolph Avenue**<br>**Alexandria, VA**    ZIPCODE **22301** | Street Address of Joint Debtor (No. & Street, City, State & Zip Code):    ZIPCODE |
| County of Residence or of the Principal Place of Business:<br>**Alexandria City** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address)    ZIPCODE | Mailing Address of Joint Debtor (if different from street address):    ZIPCODE |

Location of Principal Assets of Business Debtor (if different from street address above):
**Deuce Construction Company, Inc., 114 East Randolph Avenue, Alexandria, VA**    ZIPCODE **22301-1128**

**Type of Debtor**
(Form of Organization)
(Check **one** box.)

- [ ] Individual (includes Joint Debtors)
  *See Exhibit D on page 2 of this form.*
- [x] Corporation (includes LLC and LLP)
- [ ] Partnership
- [ ] Other (If debtor is not one of the above entities, check this box and state type of entity below.)

_____

**Nature of Business**
(Check **one** box.)

- [ ] Health Care Business
- [ ] Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)
- [ ] Railroad
- [ ] Stockbroker
- [ ] Commodity Broker
- [ ] Clearing Bank
- [x] Other

**Tax-Exempt Entity**
(Check box, if applicable.)

- [ ] Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check **one** box.)

- [ ] Chapter 7
- [ ] Chapter 9
- [x] Chapter 11
- [ ] Chapter 12
- [ ] Chapter 13
- [ ] Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- [ ] Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check one box.)

- [ ] Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or house-hold purpose."
- [x] Debts are primarily business debts.

**Filing Fee** (Check one box)

- [x] Full Filing Fee attached
- [ ] Filing Fee to be paid in installments (Applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- [ ] Filing Fee waiver requested (Applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**

Check one box:
- [x] Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- [ ] Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- [x] Debtor's aggregate noncontingent liquidated debts owed to non-insiders or affiliates are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter).*

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Check all applicable boxes:
- [ ] A plan is being filed with this petition
- [ ] Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**

- [x] Debtor estimates that funds will be available for distribution to unsecured creditors.
- [ ] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

Estimated Assets

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

Estimated Liabilities

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [ ] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] |

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| **Voluntary Petition** *(This page must be completed and filed in every case)* | Name of Debtor(s): **Deuce Construction Company, Inc.** |
|---|---|

### Prior Bankruptcy Case Filed Within Last 8 Years (If more than two, attach additional sheet)

| Location Where Filed:**None** | Case Number: | Date Filed: |
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |

### Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor: **None** | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| **Exhibit A** (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)  ☐ Exhibit A is attached and made a part of this petition. | **Exhibit B** (To be completed if debtor is an individual whose debts are primarily consumer debts.)  I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by § 342(b) of the Bankruptcy Code.  X _____  Signature of Attorney for Debtor(s)            Date |
|---|---|

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.
☑ No

### Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)
    ☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.
If this is a joint petition:
    ☐ Exhibit D also completed and signed by the joint debtor is attached a made a part of this petition.

### Information Regarding the Debtor - Venue
(Check any applicable box.)
☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.
☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.
☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes.)
☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord or lessor that obtained judgment)

_____
(Address of landlord or lessor)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and
☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.
☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**Deuce Construction Company, Inc.** |
|---|---|

## Signatures

| **Signature(s) of Debtor(s) (Individual/Joint)** | **Signature of a Foreign Representative** |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct.<br><br>[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under Chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United State Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.<br>[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).<br>I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br><br>X _____<br>Signature of Debtor<br><br>X _____<br>Signature of Joint Debtor<br><br>_____<br>Telephone Number (If not represented by attorney)<br><br>_____<br>Date | I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.<br><br>(Check only **one** box.)<br><br>☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.<br><br>☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.<br><br>X _____<br>Signature of Foreign Representative<br><br>_____<br>Printed Name of Foreign Representative<br><br>_____<br>Date |

| **Signature of Attorney\*** | **Signature of Non-Attorney Petition Preparer** |
|---|---|
| X */s/ Steven H. Greenfeld*<br>Signature of Attorney for Debtor(s)<br><br>**Steven H. Greenfeld 30332<br>Cohen, Baldinger & Greenfeld, LLC<br>7910 Woodmont Avenue, Suite 1103<br>Bethesda, MD 20814<br>(301) 881-8300 Fax: (301) 881-8350<br>steveng@cohenbaldinger.com**<br><br>**October 29, 2010**<br>Date<br>*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect. | I declare under penalty of perjury that: 1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; 2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h) and 342(b); 3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.<br><br>_____<br>Printed Name and title, if any, of Bankruptcy Petition Preparer<br><br>_____<br>Social Security Number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)<br><br>_____<br>Address<br><br>X _____<br>Signature of Bankruptcy Petition Preparer or officer, principal, responsible person, or partner whose social security number is provided above.<br><br>_____<br>Date |

| **Signature of Debtor (Corporation/Partnership)** | |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.<br><br>The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br><br>X */s/ Edwin Willis, II*<br>Signature of Authorized Individual<br><br>**Edwin Willis, II**<br>Printed Name of Authorized Individual<br><br>**President**<br>Title of Authorized Individual<br><br>**October 29, 2010**<br>Date | Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:<br><br>If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.<br><br>*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. § 110; 18 U.S.C. § 156.* |

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

# United States Bankruptcy Court
# Eastern District of Virginia

**IN RE:**                                              Case No. _____

**Deuce Construction Company, Inc.** _____  Chapter **11**

Debtor(s)

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NUMBER OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | $ 0.00 | | |
| B - Personal Property | Yes | 5 | $ 694,162.10 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | $ 64,000.00 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 4 | | $ 16,082.88 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 11 | | $ 978,493.50 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | No | | | | $ |
| J - Current Expenditures of Individual Debtor(s) | No | | | | $ |
| TOTAL | | 25 | $ 694,162.10 | $ 1,058,576.38 | |

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**IN RE** **Deuce Construction Company, Inc.**     Case No. _____

<div align="center">Debtor(s)                (If known)</div>

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| **None** | | | | |
| | | | **TOTAL**    0.00 | |

<div align="center">(Report also on Summary of Schedules)</div>

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**IN RE** **Deuce Construction Company, Inc.**                     Case No. _____

<div align="center">Debtor(s)                                                    (If known)</div>

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1. Cash on hand. | X | | | |
| 2. Checking, savings or other financial accounts, certificates of deposit or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **VA Commerce Bank - Checking** <br> **Va Commerce Bank - Savings** | | 2,142.72 <br> 211.30 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | | **Conceptual Site Furnishings, Inc.** <br> **Deposit for Materials expected delivery 11/2010** <br> **Manager Computer Controls** <br> **Deposit for business Software** | | 6,000.00 <br><br> 4,000.00 |
| 4. Household goods and furnishings, include audio, video, and computer equipment. | X | | | |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | X | | | |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interest in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issue. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6B (Official Form 6B) (12/07) - Cont.

IN RE **Deuce Construction Company, Inc.**     Case No. _____

<center>Debtor(s)                  (If known)</center>

<center>

## SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

</center>

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16. Accounts receivable. | | **3DG Construction, LLC** | | 46,800.62 |
| | | **Bognet** | | 9,327.04 |
| | | **Daphne Burke/NFCU Vienna** | | 3,478.00 |
| | | **DPR, Inc.** | | 1,718.50 |
| | | **Ed Lawrence Construction** | | 9,000.00 |
| | | **Hitt** | | 474,137.68 |
| | | **K3 Construction** | | 2,420.53 |
| | | **Persaud** | | 16,367.00 |
| | | **R.W. Murray** | | 2,300.00 |
| | | **Therrien Waddell** | | 4,731.91 |
| | | **Twin Contracting** | | 4,072.30 |
| 17. Alimony, maintenance, support, and property settlements in which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interest, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |

IN RE **Deuce Construction Company, Inc.** _____   Case No. _____
                        Debtor(s)                                                              (If known)

# SCHEDULE B - PERSONAL PROPERTY
## (Continuation Sheet)

<div style="writing-mode: vertical">© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only</div>

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | **2005 Chevy 3500 Silverado with Dump Bed 73,000 miles** | | **12,050.00** |
| | | **2005 Chevy Silverado 78,000 miles** | | **10,700.00** |
| | | **2007 Ford F-150 Crew Cab 71,000 miles** | | **18,725.00** |
| | | **2007 Ford F-150 Super Cab 26,000 miles** | | **12,400.00** |
| | | **2008 Chevy Suburban LTZ 25,000 miles** | | **29,375.00** |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | **2 HP Desktop Computers** | | **200.00** |
| | | **2 Synthetic Leather Desk Chairs** | | **50.00** |
| | | **3 File Cabinets** | | **60.00** |
| | | **4 CPU Monitors** | | **200.00** |
| 29. Machinery, fixtures, equipment, and supplies used in business. | | **1 16-foot and 1 12-foot Aluminum straight Edge** | | **42.00** |
| | | **1 8lb Sledge Hammer** | | **10.00** |
| | | **1 Bosch Chipping Hammer** | | **50.00** |
| | | **1 Diesel Gas Can** | | **2.00** |
| | | **1 Electric Bosch Hand Grinder** | | **35.00** |
| | | **1 Electric Mortar Mixer** | | **105.00** |
| | | **1 Gas Powered Auger** | | **85.00** |
| | | **1 Hilti Chipping Hammer** | | **50.00** |
| | | **1 Hilti Concrete Nail Gun** | | **120.00** |
| | | **1 Milwaukee Sawzall** | | **30.00** |
| | | **1 Post Hole Digger** | | **10.00** |
| | | **1 Rebar Bender** | | **25.00** |
| | | **1 Small Hilti and 1 Small Bosch Hammer Drill** | | **100.00** |
| | | **1 Soft Cut Green Saw** | | **125.00** |
| | | **1 Transit** | | **150.00** |
| | | **110 Rebar Caps** | | **27.50** |
| | | **12 Concrete Finishing Tool Sets (Hand tools, trowls, floats & edges)** | | **60.00** |
| | | **12 Shovels** | | **45.00** |
| | | **13 Reflective Safety Cones** | | **26.00** |
| | | **16 4-inch Concrete Forms** | | **240.00** |
| | | **16 7-inch Concrete Forms** | | **288.00** |
| | | **16 Reflective Traffic Barrels** | | **160.00** |
| | | **16 Road Side Stands** | | **48.00** |
| | | **18 Various Road Signs** | | **36.00** |

**IN RE** Deuce Construction Company, Inc.     Case No. _____

<div align="center">Debtor(s)       (If known)</div>

<div align="center">

## SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

</div>

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| | | 1998 Ingersoll-Rand 185 CFM<br>2,200 hours - Not working<br>Property held by Blanco Masonry | | 2,800.00 |
| | | 2 100-foot Rolls of Safety Fence | | 30.00 |
| | | 2 Bolt Cutters | | 6.00 |
| | | 2 Bull Float and Handles | | 50.00 |
| | | 2 Dewalt Cordless Drills | | 70.00 |
| | | 2 Electric Partner Cutoff Chop Saws | | 75.00 |
| | | 2 Laser Levels | | 400.00 |
| | | 2 Passlode Nail Guns | | 160.00 |
| | | 2 Spray Cans | | 15.00 |
| | | 25 Concrete Blankets | | 25.00 |
| | | 3 2-foot Squares | | 6.00 |
| | | 3 4-foot Levels | | 10.00 |
| | | 3 50-foot and 2 100-foot Extension Cords | | 25.00 |
| | | 3 Air hammers | | 90.00 |
| | | 3 Epoxy Guns | | 6.00 |
| | | 3 picks | | 15.00 |
| | | 3 Skill Circular Saws | | 60.00 |
| | | 4 Digging Bars | | 40.00 |
| | | 43 Triton Safety Road Barriers | | 1,075.00 |
| | | 56 20-foot #4 Rebar | | 112.00 |
| | | 6 6-inch Steel Curb Face Forms, 10-foot in length | | 108.00 |
| | | 7 Wheelbarrows | | 140.00 |
| | | 75 20-foot #6 Rebars | | 150.00 |
| | | 95 4-foot Steel Form Pins | | 95.00 |
| | | Concrete Chute | | 35.00 |
| | | Miscellaneous Equipment<br>(Unable to prepare accounting - Property held by Blanco Masonry) | | 1.00 |
| | | Skid Steer S250 Bobcat<br>4,800 hours - Property Held by Blanco Masonry | | 15,900.00 |
| 30. Inventory. | | 1 Pallet of Granite/Stone Pavers | | 40.00 |
| | | 2 Rolls of 6-milimeter Plastic | | 30.00 |
| | | 24 3-inch Styrofoam Sheets | | 120.00 |
| | | 3 50-foot rolls of 4-inch poly Expansion | | 15.00 |
| | | 6 12-inch Steel Bollards | | 60.00 |
| | | 80 5-foot pieces of Slab Bolsters | | 40.00 |
| | | 9-foot Granite Curb | | 20.00 |
| | | Miscellaneous Inventory | | 1.00 |

**IN RE** **Deuce Construction Company, Inc.** _____ Case No. _____
<span>Debtor(s)</span> <span>(If known)</span>

## SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| | | **(Unable to prepare accounting - Property held by Blanco Masonry)** | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |
| | | | **TOTAL** | **694,162.10** |

(Include amounts from any continuation sheets attached.
Report total also on Summary of Schedules.)

_____ **0** continuation sheets attached

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**IN RE** **Deuce Construction Company, Inc.** _____    Case No. _____
                                                     Debtor(s)                                                    (If known)

## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor elects the exemptions to which debtor is entitled under:          ☐ Check if debtor claims a homestead exemption that exceeds $146,450. *
(Check one box)

☐ 11 U.S.C. § 522(b)(2)
☐ 11 U.S.C. § 522(b)(3)

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTIONS |
|---|---|---|---|
| **Not Applicable** | | | |

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

* *Amount subject to adjustment on 4/1/13 and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

**IN RE** Deuce Construction Company, Inc.                                    Case No. _____
_____
Debtor(s)                                                                          (If known)

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is the creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H – Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>**Chase Auto Finance**<br>**P.O. Box 5210**<br>**New Hyde Park, NY 11042** | | | **Security Agreement - 2008 Chevy Suburban**<br><br><br>VALUE $ 29,375.00 | | | | 38,000.00 | 8,625.00 |
| ACCOUNT NO.<br><br>**Ford Motor Credit**<br>**Attn: Bankruptcy Dept.**<br>**P.O. Box 6248**<br>**Dearborn, MI 48126** | | | **Car Loan**<br><br><br>VALUE $ 12,400.00 | | | | 12,000.00 | |
| ACCOUNT NO.<br><br>**Ford Motor Credit**<br>**Attn: Bankruptcy Dept.**<br>**P.O. Box 6248**<br>**Dearborn, MI 48126** | | | **Car Loan**<br><br><br>VALUE $ 18,725.00 | | | | 14,000.00 | |
| ACCOUNT NO.<br><br><br><br> | | | VALUE $ | | | | | |

_____ **0** continuation sheets attached

Subtotal (Total of this page) $ 64,000.00 | $ 8,625.00

Total (Use only on last page) $ 64,000.00 | $ 8,625.00

(Report also on Summary of Schedules.)    (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

**IN RE** **Deuce Construction Company, Inc.**
_____     Case No. _____
Debtor(s)                                                                                                      (If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic Support Obligations**
Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**
Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☑ **Wages, salaries, and commissions**
Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**
Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**
Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**
Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☐ **Taxes and Certain Other Debts Owed to Governmental Units**
Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**
Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for Death or Personal Injury While Debtor Was Intoxicated**
Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* Amounts are subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

_____ **3** continuation sheets attached

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Deuce Construction Company, Inc.** _____ Case No. _____
<table><tr><td>Debtor(s)</td><td>(If known)</td></tr></table>

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
## (Continuation Sheet)

### Wages, salaries, and commissions
(Type of Priority for Claims Listed on This Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **Amilcar Centeno** | | | Payroll | | | | 580.00 | 580.00 | |
| ACCOUNT NO. **Arnulfo Heliberto Rios** | | | Payroll | | | | 580.00 | 580.00 | |
| ACCOUNT NO. **Colin Preston Craft** | | | Payroll | | | | 915.38 | 915.38 | |
| ACCOUNT NO. **Edwin Omar Cruz** | | | Payroll | | | | 229.50 | 229.50 | |
| ACCOUNT NO. **Edwin Willis, II 114 East Randolph Avenue Alexandria, VA 22301** | | | Payroll | | | | 1,200.00 | 1,200.00 | |
| ACCOUNT NO. **Fidel Aristides Cruz** | | | Payroll | | | | 306.00 | 306.00 | |

Sheet no. **1** of **3** continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | Subtotal (Totals of this page) | $ **3,810.88** | $ **3,810.88** | $ |
|---|---|---|---|---|
| | Total (Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) | $ | | |
| | Total (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) | | $ | $ |

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Deuce Construction Company, Inc.** _____ Case No. _____

<span style="display:block;text-align:center">Debtor(s)</span> <span style="display:block;text-align:right">(If known)</span>

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
## (Continuation Sheet)

### Wages, salaries, and commissions
(Type of Priority for Claims Listed on This Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Fredis S. Cruz** | | | **Payroll** | | | | **1,000.00** | **1,000.00** | |
| ACCOUNT NO.<br>**Ira J. Holland**<br>**2953 Timber Wood Way**<br>**Herndon, VA  20171** | | | **Payroll** | | | | **1,200.00** | **1,200.00** | |
| ACCOUNT NO.<br>**James Daly**<br>**4134 Addison Road**<br>**Fairfax, VA  22030** | | | **Payroll** | | | | **1,300.00** | **1,300.00** | |
| ACCOUNT NO.<br>**Jose Alberto Lizama Chavez** | | | **Payroll** | | | | **1,000.00** | **1,000.00** | |
| ACCOUNT NO.<br>**Jose I. Cruz** | | | **Payroll** | | | | **306.00** | **306.00** | |
| ACCOUNT NO.<br>**Juan Carlos Rivas**<br>**8030 Mace Circle**<br>**Manssas, VA  20111** | | | **Payroll** | | | | **1,610.00** | **1,610.00** | |

Sheet no. __**2**__ of __**3**__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | Subtotal (Totals of this page) | $ **6,416.00** | $ **6,416.00** | $ |
|---|---|---|---|---|
| | Total<br>(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) | $ | | |
| | Total<br>(Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) | | $ | $ |

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Deuce Construction Company, Inc.** _____  Case No. _____
                          Debtor(s)                                                    (If known)

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

### Wages, salaries, and commissions
(Type of Priority for Claims Listed on This Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Kristine Pennell**<br>**13312 Tuckaway Drive**<br>**Fairfax, VA  22033** | | | **Payroll** | | | | **800.00** | **800.00** | |
| ACCOUNT NO.<br>**Luis A. Hernandez** | | | **Payroll** | | | | **1,100.00** | **1,100.00** | |
| ACCOUNT NO.<br>**Miguel A. Garcia-Hernandez** | | | **Payroll** | | | | **1,150.00** | **1,150.00** | |
| ACCOUNT NO.<br>**Romel A. Cruz Zelaya** | | | **Payroll** | | | | **1,000.00** | **1,000.00** | |
| ACCOUNT NO.<br>**Tom McDonald**<br>**7417 Axton Street**<br>**Springfield, VA  22151** | | | **Payroll** | | | | **1,400.00** | **1,400.00** | |
| ACCOUNT NO.<br>**Victor Manu Membreno Bonilla** | | | **Payroll** | | | | **406.00** | **406.00** | |

Sheet no. **3** of **3** continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | | |
|---|---|---|
| Subtotal (Totals of this page) | $ **5,856.00** | $ **5,856.00** | $ |
| Total (Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) | $ **16,082.88** | | |
| Total (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) | | $ **16,082.88** | $ |

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**IN RE** **Deuce Construction Company, Inc.** _____  Case No. _____
_____Debtor(s)_____  _____(If known)_____

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **2S97**<br>**Aflac**<br>**Attn: Accounts Payable**<br>**1932 Wynnton Road**<br>**Columbus, GA  31999** | | | **Services Rendered** | | | | **90.92** |
| ACCOUNT NO.<br>**Aggregate Placement Corporation**<br>**4420 Hawthorne Road**<br>**Indian Head, MD  20640** | | | **Contractor** | | | | **12,130.93** |
| ACCOUNT NO. **2351**<br>**Andrews Concrete Pumping**<br>**Attn: Accounts Receivables**<br>**8414 Washington Blvd.**<br>**Jessup, MD  20794** | | | **Vendor** | | | | **12,928.28** |
| ACCOUNT NO. **8775**<br>**AT&T Mobility**<br>**Attn: Bankruptcy Dept.**<br>**175 East Houston Street**<br>**San Antonio, TX  78205-2255** | | | **Phone Services** | | | | **263.45** |

**10** continuation sheets attached

| | |
|---|---|
| Subtotal (Total of this page) | $ **25,413.58** |
| Total (Use only on last page of the completed Schedule F. Report also on the Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | $ |

IN RE **Deuce Construction Company, Inc.** _____ Case No. _____
                                                    Debtor(s)                                          (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Barrett Concrete Cutting & Equipment Inc**<br>**Attn: Accounts Receivable**<br>**4400 Pennwood Road**<br>**Brentwood, MD 20722** | | | **Vendor** | | | | **62,146.15** |
| ACCOUNT NO.<br>**Benefit Providers, LLC**<br>**Attn: Accounts Receivable**<br>**205 S. Whiting Street, Suite 311**<br>**Alexandria, VA 22304** | | | **Services Rendered** | | | | **750.00** |
| ACCOUNT NO.<br>**Blanco Masonry**<br>**Attn: Jose A. Blanco**<br>**10100 Crashing Thunder Place**<br>**Nokesville, VA 20181-3666** | | | **Labor Sub** | | | X | **150,000.00** |
| ACCOUNT NO.<br>**Block-Brick & Beyond**<br>**Attn: Account Receivables**<br>**14 Kenny Court**<br>**Newburgh, NY 12550** | | | **Services Rendered** | | | | **954.32** |
| ACCOUNT NO.<br>**Bristol Construction, Inc.**<br>**Attn: Accounts Receivable**<br>**1404 Dixie Bowie Way**<br>**Upper Marlboro, MD 20774** | | | **Services Rendered** | | | | **2,790.00** |
| ACCOUNT NO. **5503**<br>**Capital Rentals**<br>**Attn: Accounts Receivable**<br>**44232 Mercure Circle**<br>**Dulles, VA 20166** | | | **Services Rendered** | | | | **6,847.69** |
| ACCOUNT NO.<br>**Capital Welding, Inc.**<br>**One Carnegie Court**<br>**Waldorf, MD 20602** | | | **Services Rendered** | | | | **6,966.00** |

Sheet no. _**1**_ of _**10**_ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **230,454.16**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**IN RE** **Deuce Construction Company, Inc.**                    Case No. _____

<table>
<tr><td>Debtor(s)</td><td>(If known)</td></tr>
</table>

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **2299**<br>**Cardinal-Virginia Concrete**<br>**6860 Commercial Drive**<br>**Springfield, VA 22151** | | | Services Rendered | | | | 26,498.72 |
| ACCOUNT NO.<br>**Century Trucking, LLC**<br>**Attn: Accounts Receivable**<br>**43604 Warden Drive, Suite B**<br>**Sterling, VA 20166** | | | Services Rendered | | | | 13,597.50 |
| ACCOUNT NO. **U001**<br>**Chaney Enterprises**<br>**P.O. Box 1412**<br>**Waldorf, MD 20604** | | | Services Rendered | | | | 14,921.19 |
| ACCOUNT NO.<br>**Chase**<br>**United Mileage Plus**<br>**800 Brooksedge Blvd.**<br>**Westerville, OH 43081** | | | Credit Card | | | | 6,393.16 |
| ACCOUNT NO. **4870**<br>**Citibank, N.A./Shell Fleet Plus**<br>**Bankruptcy Department**<br>**P.O. Box 6191**<br>**Sioux Falls, SD 57117-6191** | | | Credit Card | | | | 3,411.00 |
| ACCOUNT NO.<br>**City Of Alexandria**<br>**Treasury Division**<br>**P.O. Box 323**<br>**Alexandria, VA 22313** | | | Taxes | | | | 5,172.95 |
| ACCOUNT NO.<br>**City Of Alexandria Revenue Division**<br>**Tax Services And Enforcement Branch**<br>**P.O. Box 178**<br>**Alexandria, VA 22313** | | | Taxes | | | | 4,176.69 |

Sheet no. **2** of **10** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **74,171.21**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**IN RE** <u>Deuce Construction Company, Inc.</u>                    Case No. _____
                          Debtor(s)                                                    (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**CMC Rebar**<br>**P.O. Box 1928**<br>**Gastonia, NC  28053** | | | **Services Rendered** | | | | **5,388.00** |
| ACCOUNT NO.<br>**Coffey's Misc. Iron Works, Inc.**<br>**13802 Dayton Meadows Court**<br>**Dayton, MD  21036** | | | **Services Rendered** | | | | **1,700.00** |
| ACCOUNT NO.<br>**Commonwealth Paving, Inc.**<br>**11101 Bertalice Court**<br>**Manassas, VA  20110** | | | **Services Rendered** | | | | **4,500.00** |
| ACCOUNT NO.<br>**Concrete Technology Services, Inc.**<br>**10005 Good Luck Road**<br>**Glenn Dale, MD  20769** | | | **Vendor** | | | | **10,000.00** |
| ACCOUNT NO. **0774**<br>**Cranesville Block Company, Inc.**<br>**1250 Riverfront Center**<br>**Amsterdam, NY  12010** | | | **Services Rendered** | | | | **14,668.85** |
| ACCOUNT NO.<br>**Edwin Willis, II**<br>**114 East Randolph Avenue**<br>**Alexandria, VA  22301** | | | **2010 - Officer Loans** | | | | **10,000.00** |
| ACCOUNT NO.<br>**Edwin Willis, II**<br>**114 East Randolph Avenue**<br>**Alexandria, VA  22301** | | | **Expense Reimbursement** | | | | **70,000.00** |

Sheet no. __**3**__ of __**10**__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **116,256.85**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**IN RE** Deuce Construction Company, Inc.                    Case No. _____
_____
                    Debtor(s)                                                              (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **4065** <br><br> **Ernest Maier Block** <br> **4700 Annapolis Road** <br> **Bladensburg, MD  20710** | | | Vendor | | | | 3,493.96 |
| ACCOUNT NO. <br><br> **FIA Card Services** <br> **Attn: Bankruptcy Dept.** <br> **P.O. Box 15026** <br> **Wilmington, DE  19850** | | | Credit Card | | | | 4,792.21 |
| ACCOUNT NO. <br><br> **Gary Barkley** <br> **5131 Charles Ewell Lane** <br> **Woodbridge, VA  22193** | | | Services Rendered | | | | 445.00 |
| ACCOUNT NO. <br><br> **Gavin & Associates** <br> **Consulting Structural Engineers** <br> **P.O. Box 5142** <br> **McLean, VA  22103** | | | Services Rendered | | | | 6,325.00 |
| ACCOUNT NO. **2070** <br><br> **Hanover Architectural Products** <br> **240 Bender Road** <br> **Hanover, PA  17331** | | | Vendor | | | | 11,311.54 |
| ACCOUNT NO. **4000** <br><br> **HDS White Cap Construction Supply** <br> **P.O. Box 535209** <br> **Atlanta, GA  30353-5209** | | | Vendor | | | | 72,164.09 |
| ACCOUNT NO. <br><br> **HJR Structural Engineers, Ltd.** <br> **4803 Levada Terrace** <br> **Rockville, MD  20853** | | | Services Rendered | | | | 1,500.00 |

Sheet no. **4** of **10** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) $ **100,031.80**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)   $

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**IN RE** **Deuce Construction Company, Inc.** _____  Case No. _____
<br>                                       Debtor(s)                                      (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. _(See Instructions Above.)_ | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Imperial Stone Paving, Llc**<br>**7020 Troy Hill Drive, Suite C-E**<br>**Elkridge, MD  21075** | | | **Services Rendered** | | | | 5,115.00 |
| ACCOUNT NO.<br>**International Profit Associates**<br>**1250 Barclay Blvd.**<br>**Grove, IL  60089** | | | **Services Rendered** | | | | 10,000.00 |
| ACCOUNT NO.<br>**Ira J. Holland**<br>**2953 Timber Wood Way**<br>**Herndon, VA  20171** | | | **2010 - Loan** | | | | 22,000.00 |
| ACCOUNT NO.<br>**James Daly**<br>**4134 Addison Road**<br>**Fairfax, VA  22030** | | | **Expense Reimbursment** | | | | 5,043.28 |
| ACCOUNT NO.<br>**JJJ General Construction**<br>**3700 Fairfield Lane**<br>**Woodbridge, VA  22193** | | | **Excavation Services** | | | | 121,950.29 |
| ACCOUNT NO.<br>**JM Trucking Of Northern VA, Inc.**<br>**8400 Leaf Road**<br>**Alexandria, VA  22309** | | | **Services Rendered** | | | | 2,187.00 |
| ACCOUNT NO.<br>**Juan Carlos Rivas**<br>**8030 Mace Circle**<br>**Manssas, VA  20111** | | | **Expense Reimbursement** | | | | 656.28 |

Sheet no.   **5**  of  **10**  continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)  $  **166,951.85**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)  $

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**IN RE** Deuce Construction Company, Inc. _____   Case No. _____
                                   Debtor(s)                                        (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.**<br>**KGS Construction Services, Inc.**<br>**Attn: Kevin Simpson**<br>**P.O. Box 3636**<br>**Manassas, VA  20108** | | | Services Rendered | | | | 8,250.45 |
| **ACCOUNT NO.**<br>**Kristine Pennell**<br>**13312 Tuckaway Drive**<br>**Fairfax, VA  22033** | | | Expense Reimbursement | | | | 38.73 |
| **ACCOUNT NO. 8619**<br>**LaFarge Mid-Atlantic, Inc.**<br>**P.O. Box 200872**<br>**Pittsburgh, PA  15251-0872** | | | Vendor | | | | 6,908.52 |
| **ACCOUNT NO. 7378**<br>**Luck Stone**<br>**P.O. Box 29871**<br>**Richmond, VA  23242-0871** | | | Vendor | | | | 5,917.19 |
| **ACCOUNT NO. 4001**<br>**Merrifield Garden Center**<br>**8132 Lee Highway**<br>**P.O. Box 848**<br>**Merrifield, VA  22116** | | | Vendor | | | | 3,838.95 |
| **ACCOUNT NO.**<br>**Millstone Enterprises, Inc.**<br>**9800-B Fallard Terrace**<br>**Upper Marlboro, MD  20772-6710** | | | Vendor | | | | 6,702.07 |
| **ACCOUNT NO.**<br>**Nash Steel, Inc.**<br>**391 South Shore Terrace, #5**<br>**Prince Frederick, MD  20678** | | | Vendor | | | | 13,675.00 |

Sheet no. **6** of **10** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **45,330.91**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

**IN RE** Deuce Construction Company, Inc. _____  Case No. _____
<div style="text-align:center">Debtor(s)                                                                (If known)</div>

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **2324**<br>**National Capital Industries**<br>**3420 Kenilworth Avenue**<br>**P.O. Box 287**<br>**Bladensburg, MD  20710** | | | **Vendor** | | | | 5,237.65 |
| ACCOUNT NO. **9316**<br>**Oldcastle Architectural**<br>**P.O. Box 281479**<br>**Atlanta, GA  30384-1479** | | | **Vendor** | | | | 6,179.70 |
| ACCOUNT NO.<br>**Parker's Concrete**<br>**14196 South River Road**<br>**Woodford, VA  22580** | | | **Vendor** | | | | 20,209.25 |
| ACCOUNT NO.<br>**Phil Galu**<br>**P.O. Box 281**<br>**Highland Falls, NY  10928** | | | **Hauling Services** | | | | 1,800.00 |
| ACCOUNT NO. **4564**<br>**Potomac Valley Brick And Supply**<br>**15810 Indianola Drive, Suite 100**<br>**Rockville, MD  20855** | | | **Vendor** | | | | 4,474.11 |
| ACCOUNT NO.<br>**Professional Striping And Sealing, Inc.**<br>**1209 Towlston Road**<br>**Great Falls, VA  22066** | | | **Services Rendered** | | | | 15,000.00 |
| ACCOUNT NO.<br>**RBS Construction, LLC**<br>**P.O. Box 248**<br>**Lovettsville, VA  20180** | | | **Services Rendered** | | | | 1,762.92 |

Sheet no. **7** of **10** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $  **54,663.63**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Deuce Construction Company, Inc.**                                          Case No. _____
_____                                                (If known)
                        Debtor(s)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **3629** **Rentals Unlimited** P.O. Box 600 Clarksburg, MD 20871 | | | Vendor | | | | 2,541.07 |
| ACCOUNT NO. **Rick Iron Works** 9103-B Owens Drive Manassas Park, VA 20111-4801 | | | Services Rendered | | | | 2,439.17 |
| ACCOUNT NO. **U001** **Rowe Concrete, LLC** P.O. Box 2217 Waldorf, MD 20604-2217 | | | Vendor | | | | 9,760.82 |
| ACCOUNT NO. **Seal Caulking And Waterproofing** 4003 Troy Road Suitland, MD 20746 | | | Services Rendered | | | | 8,189.00 |
| ACCOUNT NO. **4200** **Sheets Wholesale, Inc.** 430 Mill Street, NE Vienna, VA 22180 | | | Vendor | | | | 6,585.11 |
| ACCOUNT NO. **Skpjack Premium Finance Company** 10150 York Road, 5th Floor Hunt Valley, MD 21030 | | | Line of Credit | | | | 4,685.46 |
| ACCOUNT NO. **3134** **Sprint** KSOPTH0101-Z4300 6391 Sprint Parkway Overland Park, KS 66251-4300 | | | Phone Bill | | | | 2,056.01 |

Sheet no. **8** of **10** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) $ **36,256.64**

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Deuce Construction Company, Inc.**     Case No. _____
<br>Debtor(s)                (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br>**SST Card Services** <br>**Attn: Bankruptcy Dept.** <br>**4315 Pickett Road** <br>**St. Joseph, MO 64503** | | | Collections | | | | **20,599.80** |
| ACCOUNT NO. <br>**Stainless Tubular Products, LLC** <br>**27 Englehard Drive** <br>**Monroe Township, NJ 08831** | | | Vendor | | | | **3,396.33** |
| ACCOUNT NO. <br>**Stone Center** <br>**10405 Nokesville Road** <br>**Manassas, VA 20110** | | | Vendor | | | | **7,062.42** |
| ACCOUNT NO. **9342** <br>**Sunbelt Rentals** <br>**Attn: Doris** <br>**17 Douglas Court** <br>**Sterling, VA 20166** | | | Vendor | | | | **45,501.86** |
| ACCOUNT NO. **DEU** <br>**The North Caroline Granite Corp.** <br>**P.O. Box 151** <br>**Mount Airy, NC 27030** | | | Vendor | | | | **4,017.51** |
| ACCOUNT NO. **8523** <br>**Theros Equipment** <br>**P.O. Box 804** <br>**Gainesville, VA 20156** | | | Vendor | | | | **3,131.97** |
| ACCOUNT NO. <br>**Thrifty Iron Works** <br>**5627 Lafayette Place** <br>**Hyattsville, MD 20781-2352** | | | Services Rendered | | | | **22,598.75** |

Sheet no. **9** of **10** continuation sheets attached to
<br>Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) $ **106,308.64**

Total
<br>(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**IN RE** **Deuce Construction Company, Inc.**                    Case No. _____
_____
Debtor(s)                                                                    (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Tom McDonald**<br>**7417 Axton Street**<br>**Springfield, VA  22151** | | | **Expense Reimbursement** | | | | **1,979.74** |
| ACCOUNT NO. **2473**<br>**United Rentals North America, Inc.**<br>**Credit Office #620**<br>**P.O. Box 100711**<br>**Atlanta, GA  60684-0711** | | | **Vendor** | | | | **1,080.03** |
| ACCOUNT NO. **2182**<br>**Virginia Contractors Supply**<br>**9106 Owens Drive**<br>**Manassas Park, VA  20111-4803** | | | **Vendor** | | | | **19,594.46** |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |

Sheet no. **10** of **10** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **22,654.23**

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $ **978,493.50**

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**IN RE** Deuce Construction Company, Inc.      Case No. _____
<br>_____
<br>Debtor(s)             (If known)

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE OF OTHER PARTIES TO LEASE OR CONTRACT | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| **Century Trucking, LLC**<br>**Attn: Accounts Receivable**<br>**43604 Warden Drive, Suite B**<br>**Sterling, VA 20166** | **Month to Month Lease of Storage Yoard**<br>**$500 per Month** |

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**IN RE** **Deuce Construction Company, Inc.**      Case No. _____

<div align="center">Debtor(s)           (If known)</div>

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by the debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight-year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☑ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| | |

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**IN RE** <u>**Deuce Construction Company, Inc.**</u>                                          Case No. _____
<div align="center">Debtor(s)                                                                                 (If known)</div>

## DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date: _____          Signature: _____

<div align="right">Debtor</div>

Date: _____          Signature: _____

<div align="right">(Joint Debtor, if any)</div>
<div align="right">[If joint case, both spouses must sign.]</div>

---

#### DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342 (b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

_____          _____
Printed or Typed Name and Title, if any, of Bankruptcy Petition Preparer          Social Security No. (Required by 11 U.S.C. § 110.)

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs the document.*

_____

_____
Address

_____          _____
Signature of Bankruptcy Petition Preparer          Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document, unless the bankruptcy petition preparer is not an individual:

*If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.*

*A bankruptcy petition preparer's failure to comply with the provision of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both.  11 U.S.C. § 110; 18 U.S.C. § 156.*

---

#### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the <u>**President**</u>_____ (the president or other officer or an authorized agent of the corporation or a member or an authorized agent of the partnership) of the <u>**Deuce Construction Company, Inc.**</u>_____ (corporation or partnership) named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of ____<u>**26**</u>____ sheets (*total shown on summary page plus 1*), and that they are true and correct to the best of my knowledge, information, and belief.

Date: **October 29, 2010**_____          Signature: ***/s/ Edwin Willis, II***_____

<div align="center">**Edwin Willis, II**</div>
<div align="right">(Print or type name of individual signing on behalf of debtor)</div>

*[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]*

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.  18 U.S.C. §§ 152 and 3571.

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

## United States Bankruptcy Court
## Eastern District of Virginia

**IN RE:**                                               Case No. _____

**Deuce Construction Company, Inc.** _____   Chapter **11** _____

                              Debtor(s)

## COVER SHEET FOR LIST OF CREDITORS

I hereby certify under penalty of perjury that the master mailing list of creditors submitted either on computer diskette or by a typed hard copy in scannable format, with Request for Waiver attached, is true, correct, and complete listing to the best of my knowledge.

I further acknowledge that (1) the accuracy and completeness in preparing the creditor listing are the shared responsibility of the debtor and the debtor's attorney, (2) the court will rely on the creditor listing for all mailings, and (3) that the various schedules and statements required by the Bankruptcy Rules are not used for mailing purposes.

Master mailing list of creditors submitted via:

    (a)  ✔   computer diskette listing a total of _____**71** creditors; or

    (b) ____   scannable hard copy, with Request for Waiver attached, consisting of _____ number of pages listing a total of _____ creditors

                        */s/ Edwin Willis, II* _____

                                                        Debtor

                                      _____

                                               Joint Debtor

Date: **October 29, 2010** _____

*[Check if applicable]* ____ Creditor(s) with foreign addresses included on disk/hard copy.

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

Aflac
Attn: Accounts Payable
1932 Wynnton Road
Columbus, GA  31999


Aggregate Placement Corporation
4420 Hawthorne Road
Indian Head, MD  20640


Andrews Concrete Pumping
Attn: Accounts Receivables
8414 Washington Blvd.
Jessup, MD  20794


AT&T Mobility
Attn: Bankruptcy Dept.
175 East Houston Street
San Antonio, TX  78205-2255


Barrett Concrete Cutting & Equipment Inc
Attn: Accounts Receivable
4400 Pennwood Road
Brentwood, MD  20722


Benefit Providers, LLC
Attn: Accounts Receivable
205 S. Whiting Street, Suite 311
Alexandria, VA  22304


Blanco Masonry
Attn: Jose A. Blanco
10100 Crashing Thunder Place
Nokesville, VA  20181-3666

```
Block-Brick & Beyond
Attn: Account Receivables
14 Kenny Court
Newburgh, NY  12550


Bristol Construction, Inc.
Attn: Accounts Receivable
1404 Dixie Bowie Way
Upper Marlboro, MD  20774


Capital Rentals
Attn: Accounts Receivable
44232 Mercure Circle
Dulles, VA  20166


Capital Welding, Inc.
One Carnegie Court
Waldorf, MD  20602


Cardinal-Virginia Concrete
6860 Commercial Drive
Springfield, VA  22151


Century Trucking, LLC
Attn: Accounts Receivable
43604 Warden Drive, Suite B
Sterling, VA  20166


Chaney Enterprises
P.O. Box 1412
Waldorf, MD  20604


Chase
United Mileage Plus
800 Brooksedge Blvd.
Westerville, OH  43081
```

Chase Auto Finance
P.O. Box 5210
New Hyde Park, NY  11042


Citibank, N.A./Shell Fleet Plus
Bankruptcy Department
P.O. Box 6191
Sioux Falls, SD  57117-6191


City Of Alexandria
Treasury Division
P.O. Box 323
Alexandria, VA  22313


City Of Alexandria Revenue Division
Tax Services And Enforcement Branch
P.O. Box 178
Alexandria, VA  22313


CMC Rebar
P.O. Box 1928
Gastonia, NC  28053


Coffey's Misc. Iron Works, Inc.
13802 Dayton Meadows Court
Dayton, MD  21036


Commonwealth Paving, Inc.
11101 Bertalice Court
Manassas, VA  20110


Concrete Technology Services, Inc.
10005 Good Luck Road
Glenn Dale, MD  20769

Cranesville Block Company, Inc.
1250 Riverfront Center
Amsterdam, NY  12010


Edwin Willis, II
114 East Randolph Avenue
Alexandria, VA  22301


Ernest Maier Block
4700 Annapolis Road
Bladensburg, MD  20710


FIA Card Services
Attn: Bankruptcy Dept.
P.O. Box 15026
Wilmington, DE  19850


Ford Motor Credit
Attn: Bankruptcy Dept.
P.O. Box 6248
Dearborn, MI  48126


Gary Barkley
5131 Charles Ewell Lane
Woodbridge, VA  22193


Gavin & Associates
Consulting Structural Engineers
P.O. Box 5142
McLean, VA  22103


Hanover Architectural Products
240 Bender Road
Hanover, PA  17331

HDS White Cap Construction Supply
P.O. Box 535209
Atlanta, GA  30353-5209


HJR Structural Engineers, Ltd.
4803 Levada Terrace
Rockville, MD  20853


Imperial Stone Paving, Llc
7020 Troy Hill Drive, Suite C-E
Elkridge, MD  21075


International Profit Associates
1250 Barclay Blvd.
Grove, IL  60089


Ira J. Holland
2953 Timber Wood Way
Herndon, VA  20171


James Daly
4134 Addison Road
Fairfax, VA  22030


JJJ General Construction
3700 Fairfield Lane
Woodbridge, VA  22193


JM Trucking Of Northern VA, Inc.
8400 Leaf Road
Alexandria, VA  22309


Juan Carlos Rivas
8030 Mace Circle
Manssas, VA  20111

KGS Construction Services, Inc.
Attn: Kevin Simpson
P.O. Box 3636
Manassas, VA  20108


Kristine Pennell
13312 Tuckaway Drive
Fairfax, VA  22033


LaFarge Mid-Atlantic, Inc.
P.O. Box 200872
Pittsburgh, PA  15251-0872


Luck Stone
P.O. Box 29871
Richmond, VA  23242-0871


Merrifield Garden Center
8132 Lee Highway
P.O. Box 848
Merrifield, VA  22116


Millstone Enterprises, Inc.
9800-B Fallard Terrace
Upper Marlboro, MD  20772-6710


Nash Steel, Inc.
391 South Shore Terrace, #5
Prince Frederick, MD  20678


National Capital Industries
3420 Kenilworth Avenue
P.O. Box 287
Bladensburg, MD  20710

```
Oldcastle Architectural
P.O. Box 281479
Atlanta, GA  30384-1479


Parker's Concrete
14196 South River Road
Woodford, VA  22580


Phil Galu
P.O. Box 281
Highland Falls, NY  10928


Potomac Valley Brick And Supply
15810 Indianola Drive, Suite 100
Rockville, MD  20855


Professional Striping And Sealing, Inc.
1209 Towlston Road
Great Falls, VA  22066


RBS Construction, LLC
P.O. Box 248
Lovettsville, VA  20180


Rentals Unlimited
P.O. Box 600
Clarksburg, MD  20871


Rick Iron Works
9103-B Owens Drive
Manassas Park, VA  20111-4801


Rowe Concrete, LLC
P.O. Box 2217
Waldorf, MD  20604-2217
```

Seal Caulking And Waterproofing
4003 Troy Road
Suitland, MD  20746


Sheets Wholesale, Inc.
430 Mill Street, NE
Vienna, VA  22180


Skpjack Premium Finance Company
10150 York Road, 5th Floor
Hunt Valley, MD  21030


Sprint
KSOPTH0101-Z4300
6391 Sprint Parkway
Overland Park, KS  66251-4300


SST Card Services
Attn: Bankruptcy Dept.
4315 Pickett Road
St. Joseph, MO  64503


Stainless Tubular Products, LLC
27 Englehard Drive
Monroe Township, NJ  08831


Stone Center
10405 Nokesville Road
Manassas, VA  20110


Sunbelt Rentals
Attn: Doris
17 Douglas Court
Sterling, VA  20166

The North Caroline Granite Corp.
P.O. Box 151
Mount Airy, NC  27030


Theros Equipment
P.O. Box 804
Gainesville, VA  20156


Thrifty Iron Works
5627 Lafayette Place
Hyattsville, MD  20781-2352


Tom McDonald
7417 Axton Street
Springfield, VA  22151


United Rentals North America, Inc.
Credit Office #620
P.O. Box 100711
Atlanta, GA  60684-0711


Virginia Contractors Supply
9106 Owens Drive
Manassas Park, VA  20111-4803